_____

No: 18-3371
_____

Faith N. Nelson

Plaintiff - Appellant

v.

United States Department of Education; Missouri Department of Higher Education

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:18-cv-00412-FJG)
_____

**JUDGMENT**

Before LOKEN, GRUENDER and GRASZ, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction. All pending motions are denied as moot.

December 06, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans