IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FAITH N. NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 18-CV-00412-FJG |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) |
| | ) |
| Defendants, | ) |

**ORDER**

Pending before the Court is Defendant United States Department of Education's Motion for Summary Judgment (Doc. No. 31). Plaintiff's response to the motion for summary judgment was due on or before January 7, 2019. As of the date of this Order, however, plaintiff has filed no response to the motion for summary judgment.

Plaintiff is therefore **ORDERED TO SHOW CAUSE** on or before January 31, 2019, why her claims against the United States Department of Education should not be dismissed for the reasons stated in defendant's motion for summary judgment (Doc. No. 31). Plaintiff is cautioned that if she fails to respond to this Order by January 31, 2019, her claims against the United States Department of Education will be dismissed without further notice.

The clerk's office is directed to send a copy of this Order as well as a copy of the motion for summary judgment (Doc. No. 31) to plaintiff at the following address: Faith N. Nelson, 7401 N.E. 110th Street, Kansas City, MO 64134.

**IT IS SO ORDERED.**

Date: January 11, 2019　　　　　　　　/s/ FERNANDO J. GAITAN, JR.
Kansas City, Missouri　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　United States District Judge