FROM: Ms Nelson
7401 East 110th Street
Kansas City, MO. 64134

TO: County Clerk Office
US Department of Justice
Western District of Missouri
Charles Evans Whitaker Courthouse
400 East 9th Street
Kansas City, Missouri 64106

RECEIVED
2019 JAN 28 PM 1:31
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.



Retail
US POSTAGE PAID
$6.70
Origin: 64134
01/25/19
2842270134-21

PRIORITY MAIL 1-Day®
0 Lb 4.10 Oz
1006
C015

EXPECTED DELIVERY DAY: 01/28/19

SHIP TO:
400 E 9TH ST
KANSAS CITY MO 64106-2607

USPS TRACKING NUMBER

9505 5158 7196 9025 1870 85

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5



Case 4:18-cv-00412-FJG   Document 33-2   Filed 01/28/19   Page 1 of 1