IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FAITH NELSON, )<br>        Plaintiff(s), )<br>vs. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF EDUCATION, et al., )<br>        Defendant(s). ) | 4:18-00412-CV-W-FJG |

## ORDER

The Court notes that discovery in this matter is set to close on **March 12, 2019**. The parties are reminded that the Court's Scheduling and Trial Order provides: <u>close of discovery means that all discovery, including the taking of depositions, shall be completed not simply submitted on the date specified by this paragraph.</u> Any last minute discovery submitted too late for the opposing side to timely discover may be stricken." <u>See</u> Doc. No. 18. The parties are cautioned that if they wish the Court to extend the discovery deadline, they must file a motion for extension of time demonstrating good cause for the extension sought. See Fed. R. Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

                                                     **/s/ FERNANDO J. GAITAN, JR.**
                                                     Fernando J. Gaitan, Jr.
                                                     United States District Judge

Dated: <u>February 5, 2019</u>
Kansas City, Missouri